KEN–DEC, INC. and Workmen's Compensation Board, Appellants,

v.

Raymond DAVIS, Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

William P. Swain and Larry L. Johnson, Louisville, J. Keller Whitaker, Workmen's Comp. Bd., Frankfort, for appellants.

J. Wood Vance, Jr., Glasgow, for appellee.

Memorandum Opinion by Justice MILLIKEN, Reversing.*

Dora BLANTON et al., Appellants,

v.

Gerald LYONS et al., Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Cabell D. Francis, Ben K. Wilmot, Stanford, for appellants.

Bunyan S. Wilson, Jr., Ashland, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

Kenneth ANDERSON et al., Appellants,

v.

BOONE COUNTY DEPARTMENT OF HEALTH et al., Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Stephen T. McMurtry, Covington, for appellants.

Robert F. Barrett, Florence, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

Willard RATLIFF and Ruth Ratliff, his wife, Appellants,

v.

COMMONWEALTH of Kentucky, DEPT. OF HIGHWAYS, Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Reed D. Anderson, Combs & Anderson, Pikeville, for appellants.

G. C. Perry, III, Paintsville, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.